OFFICE OF DISCIPLINARY COUNSEL *v.* KOLMACIC.

[Cite as Disciplinary Counsel *v.* Kolmacic (1989), 44 Ohio St. 3d 146.]

(No. 89-658—Submitted May 31, 1989—Decided July 26, 1989.)

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* We concur with the board's findings that the respondent violated Judicial Canon 3C(1)(d)(ii). Respondent, Joseph Michael Kolmacic, is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.